UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   2:25−cv−10283−MWF−AS          Date        June 30, 2026

Title       JEFFRI BOLTON−BRIGGS V. COLUMBIA DEBT RECOVERY, LLC ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

           Rita Sanchez                                  Not Reported;
        Courtroom Deputy                               Court Reporter

     Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
              None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed 6/26/2026, the Court sets a hearing on Order To Show Cause Re Dismissal for August 19, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk:  rs