JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFRI BOLTON-BRIGGS,<br>Plaintiff,<br>v.<br>COLUMBIA DEBT RECOVERY, LLC, et al.,<br>Defendants. | Case No. CV 25-10283-MWF(ASx)<br>ORDER GRANTING STIPULATION TO DISMISS |

The Court has considered the parties' Stipulation to Dismiss (the "Stipulation"), filed August 14, 2026. (Docket No. 27). For good cause shown, the Stipulation is GRANTED. The Court ORDERS this action DISMISSED in its entirety, with prejudice, as to Defendants Greystar Real Estate Partners, LLC and Columbia Debt Recovery, LLC. Each party shall bear their own costs and expenses.

**IT IS SO ORDERED.**

Dated: August 17, 2026

MICHAEL W. FITZGERALD
United States District Judge